FILED BY____ ___D.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE   05 JUL 25 AM 6:42
WESTERN DIVISION

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

JOHN WADE BURROW, Individually, and
on behalf of his wife, Susan Burrow,
Individually and SUSAN SAMMONS BURROW,
Individually, and on behalf of her husband,
John Burrow

        Plaintiffs,

VS.                                    NO. 05-2498 M1/V
                                       JURY DEMANDED

CITY OF MEMPHIS, et al.,

        Defendants.

---

ORDER ON MOTION FOR EXTENSION OF TIME

---

        Before the Court is Defendant Williams' motion for an

extension of time to respond.  For good cause shown the Defendant

is granted an extension of time to respond or otherwise plead up

to and including August 31, 2005.

        IT IS SO ORDERED this _22nd_ day of _July_, 2005.


                                        _Diane K. Vescovo_
                                        UNITED STATES DISTRICT JUDGE


1

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _7-25-05_

Dockets.Justia.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Pleading has been served upon Craig V. Morton, Attorney at Law, 200 _Henry Klien, Counsel and_ Jefferson Avenue, Suite 725, Memphis, Tennessee 38103 by U.S. _for City_ mail, postage prepaid, this __21__ day of July, 2005.

_____
JEAN E. MARKOWITZ

2

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 6 in case 2:05-CV-02498 was distributed by fax, mail, or direct printing on July 25, 2005 to the parties listed.

---

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

Craig V. Morton
MORTON & GERMANY
200 Jefferson Ave.
Ste. 725
Memphis, TN 38103

Jean Markowitz
CAUSEY CAYWOOD
100 North Main St.
Ste. 2400
Memphis, TN 38103

Henry L. Klein
APPERSON CRUMP & MAXWELL, PLC
6000 Poplar Ave.
Ste. 400
Memphis, TN 38119--397

Heather Anne Kirksey
CITY ATTORNEYS OFFICE
125 N. Main Street
Rm. 336
Memphis, TN 38103

Thomas E. Hansom
HANSOM LAW OFFICE
659 Freeman Street
Memphis, TN 38122--372

Honorable Jon McCalla
US DISTRICT COURT