IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ ᛃᛃ_____ D.C.

05 JUL 25  AM 6:42

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

JOHN WADE BURROW, Individually, and
on behalf of his wife, Susan Burrow,
Individually and SUSAN SAMMONS BURROW,
Individually, and on behalf of her husband,
John Burrow

    Plaintiffs,

VS.

CITY OF MEMPHIS, et al.,

    Defendants.

NO. 05-2498 M1/V
<u>JURY DEMANDED</u>

---

ORDER ON MOTION FOR EXTENSION OF TIME

---

Before the Court is Defendant Williams' motion for an extension of time to respond.  For good cause shown the Defendant is granted an extension of time to respond or otherwise plead up to and including August 31, 2005.

IT IS SO ORDERED this  22ⁿᵈ  day of July, 2005.

_____
UNITED STATES DISTRICT JUDGE

1



## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Pleading has been served upon Craig V. Morton, Attorney at Law, 200 *and Henry Klein, Counsel for City* Jefferson Avenue, Suite 725, Memphis, Tennessee 38103 by U.S. mail, postage prepaid, this _2l_ day of July, 2005.

JEAN E. MARKOWITZ

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 6 in
case 2:05-CV-02498 was distributed by fax, mail, or direct printing on
July 25, 2005 to the parties listed.

---

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

Craig V. Morton
MORTON & GERMANY
200 Jefferson Ave.
Ste. 725
Memphis, TN 38103

Jean Markowitz
CAUSEY CAYWOOD
100 North Main St.
Ste. 2400
Memphis, TN 38103

Henry L. Klein
APPERSON CRUMP & MAXWELL, PLC
6000 Poplar Ave.
Ste. 400
Memphis, TN 38119--397

Heather Anne Kirksey
CITY ATTORNEYS OFFICE
125 N. Main Street
Rm. 336
Memphis, TN 38103

Thomas E. Hansom
HANSOM LAW OFFICE
659 Freeman Street
Memphis, TN 38122--372

Honorable Jon McCalla
US DISTRICT COURT