IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

JOHN BURROW, Individually and on
behalf of his wife, Susan Burrow and SUSAN
BURROW, Individually, and on behalf of her
husband, John Burrow,

      Plaintiffs,

vs.

CITY OF MEMPHIS, DEKEVIAN
SUGGS, NIGEL WILLIAMS,
Individually, and in his Official
Capacity as a Police Officer for
the City of Memphis

      Defendants.

05-2498-Ma
~~No. CT-003233-05~~
~~Div. II~~
JURY DEMANDED

## SCHEDULING ORDER

Counsel for the parties of this action consulted prior to the scheduling conference set for August 25, 2005 and agreed subject to this Honorable Court's approval on the below dates. After reviewing the proposed scheduling order submitted by counsel, the following dates were established as final dates for:

INITIAL DISCLOSURES PURSUANT TO Fed.R.Civ.P. 26(a)(1): by September 8, 2005

JOINING PARTIES: by October 25, 2005

AMENDING PLEADINGS: by October 25, 2005

INITIAL MOTIONS TO DISMISS: by November 25, 2005

COMPLETING ALL DISCOVERY: by April 25, 2006

    (a) DOCUMENT PRODUCTION: by April 25, 2006

(b) DEPOSITIONS, INTERROGATORIES AND REQUESTS FOR ADMISSIONS: by April 25, 2006

(c) EXPERT WITNESS DISCLOSURE (Rule 26):

  (1) DISCLOSURE OF PLAINTIFF'S RULE 26 EXPERT INFORMATION: by February 25, 2006

  (2) DISCLOSURE OF DEFENDANT'S RULE 26 EXPERT INFORMATION: by March 25, 2006

  (3) EXPERT WITNESS DEPOSITIONS: by April 25, 2006

FILING DISPOSITIVE MOTIONS: by May 25, 2006

OTHER RELEVANT MATTERS:

No depositions may be scheduled to occur after the discovery cutoff date. All motions, requests for admissions, or other filings that require a response must be filed sufficiently in advance of the discovery cutoff date to enable opposing counsel to respond by the time permitted by the Rules prior to that date.

Motions to compel discovery are to be filed and served by the discovery deadline or within 30 days of the default or the service of the response, answer, or objection, which is the subject of the motion, if the default occurs within 30 days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or the objection to the default, response, answer, or objection shall be waived.

This case is set for jury ~~non-jury~~ trial, and the trial is expected to last 4 days. The pretrial order date, pretrial conference date, and trial date will be set by the presiding judge.

This case is appropriate for ADR. The parties are directed to engage in court-annexed attorney mediation or private mediation after the close of discovery.

The parties are reminded that pursuant to Local Rule 11(a)(1)(A), all motions, except motions pursuant to Fed. R. Civ. P. 12, 56, 59, and 60 shall be accompanied by a proposed order.

The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, without leave of the court. If a party believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

The parties have not consented to trial before the magistrate judge.

This order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this order will not be modified or extended.

IT IS SO ORDERED.

*Diane K. Vescovo*
DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE
DATE: August 22, 2005

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 10 in case 2:05-CV-02498 was distributed by fax, mail, or direct printing on August 26, 2005 to the parties listed.

---

Thomas E. Hansom
HANSOM LAW OFFICE
659 Freeman Street
Memphis, TN 38122--372

Henry L. Klein
APPERSON CRUMP & MAXWELL, PLC
6000 Poplar Ave.
Ste. 400
Memphis, TN 38119--397

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

Craig V. Morton
MORTON & GERMANY
200 Jefferson Ave.
Ste. 725
Memphis, TN 38103

Heather Anne Kirksey
CITY ATTORNEYS OFFICE
125 N. Main Street
Rm. 336
Memphis, TN 38103

Jean Markowitz
CAUSEY CAYWOOD
100 North Main St.
Ste. 2400
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT