FILED BY _____ D.C.

05 DEC 13 PM 2: 33

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN, MEMPHIS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

JOHN WADE BURROW, Individually, and
on behalf of his wife, Susan Burrow
and SUSAN SAMMONS BURROW, Individually,
and on behalf of her husband, John
Burrow

                    Plaintiffs,

vs.                                         U.S.D.C. No:05-2498 M1/V

CITY OF MEMPHIS, DEKEVIAN SUGGS,
NIGEL WILLIAMS, individually, and
in his Official Capacity as a
Police Officer for the City of Memphis

                    Defendants.

---

ORDER GRANTING DEFENDANT NIGEL WILLIAMS LEAVE TO FILE A REPLY

---

This matter is before the Court upon Defendant's Motion for
Leave to File a Reply from which it appears to the Court that for
good cause shown the Motion of the Defendant should be granted and
that the Defendant is granted leave to file a reply. The Clerk is
directed to file the Reply attached to Defendant's Motion for Leave
to File a Reply previously filed by the Clerk.

        IT IS SO ORDERED.

                    _____
                    Judge

                    Dec. 13, 2005

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  12-14-05



CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served upon Craig V. Morton, Attorney at Law, 200 Jefferson Avenue, Suite 735, Memphis, Tennessee 38103 and Henry L. Klein, Attorney at Law, P.O. Box 172196, Memphis, Tennessee 38187-2196 by U.S. Mail, postage prepaid this the ___6___ day of October, 2005.

Jean E. Markowitz

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 26 in case 2:05-CV-02498 was distributed by fax, mail, or direct printing on December 14, 2005 to the parties listed.

---

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

Craig V. Morton
MORTON & GERMANY
200 Jefferson Ave.
Ste. 725
Memphis, TN 38103

Jean Markowitz
CAUSEY CAYWOOD
100 North Main St.
Ste. 2400
Memphis, TN 38103

Henry L. Klein
APPERSON CRUMP & MAXWELL, PLC
6000 Poplar Ave.
Ste. 400
Memphis, TN 38119--397

Heather Anne Kirksey
CITY ATTORNEYS OFFICE
125 N. Main Street
Rm. 336
Memphis, TN 38103

Thomas E. Hansom
HANSOM LAW OFFICE
659 Freeman Street
Memphis, TN 38122--372

Honorable Jon McCalla
US DISTRICT COURT