FILED BY _____ D.C.

05 DEC 13 PM 2:33

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN, MEMPHIS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

JOHN WADE BURROW, Individually, and
on behalf of his wife, Susan Burrow
and SUSAN SAMMONS BURROW, Individually,
and on behalf of her husband, John
Burrow

                Plaintiffs,

vs.                              U.S.D.C. No:05-2498 M1/V

CITY OF MEMPHIS, DEKEVIAN SUGGS,
NIGEL WILLIAMS, individually, and
in his Official Capacity as a
Police Officer for the City of Memphis

                Defendants.

## ORDER GRANTING MOTION OF DEFENDANT WILLIAMS
## FOR PERMISSION TO FILE A MEMORANDUM IN EXCESS OF TWENTY PAGES

Before the Court is Defendant William's Motion for Permission to File a Memorandum in Excess of Twenty Pages from which it appears to the Court that for good cause shown the Motion of the Defendant should be granted and that Defendant Williams is granted leave to file a memorandum in excess of twenty pages.

The Clerk is directed to file the Memorandum previously "received" by the Clerk.

IT IS SO ORDERED.

_____
U.S. DISTRICT JUDGE
DATED: Dec. 13, 2005

1

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 12-14-05



## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served upon Craig V. Morton, Attorney at Law, 200 Jefferson Avenue, Suite 735, Memphis, Tennessee 38103 and Henry L. Klein, Attorney at Law, 6000 Poplar Avenue, Suite 400, Memphis, Tennessee 38119 by U.S. Mail, postage prepaid this the __31__ day of August, 2005.

_____
Jean E. Markowitz

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 28 in case 2:05-CV-02498 was distributed by fax, mail, or direct printing on December 14, 2005 to the parties listed.

---

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

Craig V. Morton
MORTON & GERMANY
200 Jefferson Ave.
Ste. 725
Memphis, TN 38103

Jean Markowitz
CAUSEY CAYWOOD
100 North Main St.
Ste. 2400
Memphis, TN 38103

Henry L. Klein
APPERSON CRUMP & MAXWELL, PLC
6000 Poplar Ave.
Ste. 400
Memphis, TN 38119--397

Heather Anne Kirksey
CITY ATTORNEYS OFFICE
125 N. Main Street
Rm. 336
Memphis, TN 38103

Thomas E. Hansom
HANSOM LAW OFFICE
659 Freeman Street
Memphis, TN 38122--372

Honorable Jon McCalla
US DISTRICT COURT