```
               IN THE UNITED STATES DISTRICT COURT
              FOR THE WESTERN DISTRICT OF TENNESSEE
                        WESTERN DIVISION
_____

JOHN WADE BURROW, individually   )
and on behalf of his wife,       )
Susan Burrow, and SUSAN          )
SAMMONS BURROW, individually     )
and on behalf of her husband,    )
John Burrow,                     )
                                 )
      Plaintiffs,                )
                                 )
v.                               )
                                 )       No. 05-2498 Ml/V
CITY OF MEMPHIS, DEKEVIAN        )
SUGGS, NIGEL WILLIAMS,           )
individually and in his          )
official capacity as a Police    )
Officer for the City of Memphis, )
                                 )
      Defendants.                )
                                 )
_____

         ORDER GRANTING MOTION TO STAY AND ORDER DENYING PENDING
               DISPOSITIVE MOTIONS WITH LEAVE TO REFILE
_____
```

Before the Court is the "Motion of Defendant Nigel Williams for Stay of Case, or in the Alternative to Stay a Ruling on Defendants Motion for to Dismiss and/or for Summary Judgment and Discovery," filed October 6, 2005.  Plaintiffs filed a response in opposition on October 21, 2005.

"[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes in its docket with economy of time and effort for itself, for counsel and for litigants ...." Ohio Envtl. Council v. U.S. Dist. Court, Southern Dist. of Ohio, Eastern Div., 565 F.2d 393, 396 (6th Cir.

1977)(quoting <u>Landis v. North American Co.</u>, 299 U.S. 248, 254-55 (1936)).  "A district court has discretion to determine whether a stay is necessary to avoid piecemeal, duplicative litigation and potentially conflicting results." <u>Int'l Bhd. of Elec. Workers v. AT&T Network Sys.</u>, 879 F.2d 864, 1989 WL 78212 at *8 (6th Cir. July 17, 1989)(citing <u>Colorado River Water Cons. Dist. v. United States</u>, 424 U.S. 800, 817-20 (1976)).  "In exercising this discretion, district courts are to be accorded wide latitude." <u>Id.</u> (citing <u>Kerotest Mfg. Co. v. C-O-2 Fire Equip. Co.</u>, 342 U.S. 180, 183-84 (1952); <u>Ohio Envt'l Council</u>, 565 F.2d at 396).  However, "a court must tread carefully in granting a stay of proceedings, since a party has a right to a determination of its rights and liabilities without undue delay." <u>Ohio Envt'l Council</u>, 565 F.2d at 396.

Two issues in this case are whether the City can be held liable for a police pursuit under 42 U.S.C. § 1983 and the Fourteenth Amendment to the United States Constitution and whether police officers are entitled to qualified immunity for injuries to bystanders arising out of a police pursuit.  These two issues were raised in the case of <u>Meals v. City of Memphis, et al.</u>, U.S.D.C. No. 03-2077, and are currently on appeal to the Sixth Circuit Court of Appeals.  The Court finds that "granting the stay will further the interest in economical use of judicial time and resources." <u>Int'l Bhd. of Elec. Workers</u>, 1989 WL 78212 at *8.  Accordingly, the Court GRANTS Defendant's motion.  This case is hereby STAYED

pending the decision by the Sixth Circuit of those issues in <u>Meals</u>. Defendant shall immediately notify this Court when the Sixth Circuit decides these issues.  Since the Court anticipates that the Sixth Circuit's disposition of these issues will affect the parties' legal arguments in the motions currently pending in the instant action, the Court hereby DENIES the Defendant City of Memphis' pending Motion to Dismiss (filed July 20, 2005, Docket No. 2) and DENIES Defendant Williams' pending Motion to Dismiss and/or for Summary Judgment (filed August 31, 2005, Docket No. 14) without prejudice and with leave to revise and resubmit them after the decision by the Sixth Circuit in <u>Meals</u> is entered.

    SO ORDERED this 2nd day of February, 2006.

                                     /s/ Jon P. McCalla
                                     JON P. McCALLA
                                     UNITED STATES DISTRICT JUDGE